# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-13123

_____

UNITED STATES OF AMERICA,

                                                                                 Plaintiff-Appellee,

*versus*

CHRISTOPHER ASHLEY DEFILIPPIS,

                                                                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:20-cr-00342-SCB-TGW-1

_____

Before ROSENBAUM, ABUDU, and TJOFLAT, Circuit Judges.

| 2 | Order of the Court | 21-13123 |
|---|---|---|

BY THE COURT:

This matter is before the Court *sua sponte*. Hurricane Milton is approaching Florida. Current estimates anticipate the storm will come ashore on Florida's west coast some time on Wednesday, October 9, 2024, and will exit over Florida's east coast some time late Wednesday or early Thursday. For this reason, the Court is moving all oral arguments scheduled for hearing this week in Jacksonville to an online format. If all parties in a given case prefer to submit their case on the papers and without oral argument, given the current weather situation, they should file a motion seeking to do so as soon as possible, but in no case later than Monday, October 7, at noon. The Court anticipates granting all such requests. To the extent that the weather interrupts any online arguments or prevents them from proceeding, the Court will address those issues if and when they arise. In light of this Order, any pending motions seeking to cancel or reschedule oral arguments from this week are DENIED.